Michael Widmer
vs
Hodge + Lingle

Case No's 13-CV-23
24
25
26
Widmer vs Martin — 12 CV 1141

# MOTION FOR HEARING ASAP ON TEMPORARY RESTRAINING ORDER

I plaintiff pro-se Michael Widmer in the above captioned cases hereby request an Emergency Order be entered against Defendant Hodge to enjoin conduct which is intentional, willful and malicious against myself which has and currently is causing me to suffer extreme mental and physical pain. Defendant Hodge has ordered by computer generated document which I read, to his staff, Lt. Brian Stafford of internal affairs to place me in segregation and go thru all of my personal property and confiscate court documents with the heading of Lutheran Social Services on them. On 4-3-13, I was taken to segregation and given no property or hygiene products whatsoever. I have asked each officer on every shift and have been denied. Several officers have stated to me that warden Hodge wants to make an example out of inmates who file lawsuits. I declared a hunger strike on 4-3-13 in attempt to get relief. It has been 5 days now and I'm struggling. I have an excellent disciplinary record here at Lawrence am 47 years old and believe I may die if the court doesn't take some type of action immediately. I can provide proof of facts stated in this letter. I have staff witnesses, I believe will testify that warden Hodge is retaliating against me for suing him and complaining to his supervisor deputy director Bates that warden Hodge is openly racist toward white people including myself. An inmate next to me give me this paper + pen to send this out.

Respectfully,
Michael Widmer

Mailed at 11pm Sunday April 7, 2013.
I attached a grievance I filed as well

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

No response as of 4-7-13

| | | |
|---|---|---|
| Date: April 3, 2013 | Offender: (Please Print) Michael Widmer | ID#: B30985 |
| Present Facility: K75 LAW. | Facility where grievance issue occurred: K75 LAW | |

**NATURE OF GRIEVANCE:**

- [x] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___  Date of Report  Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 4-3-13, I was taken from my cell, stripped of all clothing and property, given a jumpsuit and placed in a segregation cell. I requested hygiene products, toilet tissue, and my authorized legal and non legal reading and writing material. C/O's Grier, Hanson, Wise and Dean all refused me any of these items. C/O Dean and C/O Wise both stated to me that they were told "not to give me shit". I also requested my blood pressure medication ATENOLOL and was denied. I'm filing this as an EMERGENCY GRIEVANCE due to my health being at risk due to intentional misconduct by staff.

**Relief Requested:** 1) Internal Investigation
2) To receive my medication and personal property.
3) That those responsible for abusing me are held accountable.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Widmer  B30985  4/3/13
Offender's Signature  ID#  Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Dear Clerk, Please File Motion

I'm sorry for this confusing Motion as to the case number. I request it be filed in the Widmer vs Hodge case, I'm unsure of the number. I have none of my property and am being cruelly punished which is the reason for the Motion. I only filed due to the fact I believe my life is in danger due to the intentional abuse and illegal treatment I'm being subjected to at this time. If I wold have known this would happen to me I would have not filed any complaints in your court and I may have to withdraw them. If possible I request the judge be notified right away of this Motion please.

Respectfully

Mike Widmer