IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| MICHAEL WIDMER, #B-30985, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 13-25-MJR |
| ) | |
| MARC HODGE, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANTS' RESPONSE *INSTANTER***

NOW COME the Defendants, MARC HODGE and BYRON LINGLE, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and for their Motion for Leave to File Defendants' Response *Instanter*, Defendants state as follows:

1. On or about April 10, 2013, Plaintiff filed his Motion for Hearing ASAP on Temporary Restraining Order. [Doc. 19].

2. At that time, Defendants herein had not filed their Answer and Affirmative Defenses, nor had the undersigned counsel entered his appearance on behalf of the Defendants.

3. Plaintiff's Motion was also filed in Plaintiff's other federal lawsuits, as Plaintiff included all of his case numbers on the one Motion.[1] The undersigned was unsure of which case Plaintiff intended to file this Motion in, or whether he intended to

---

[1] Plaintiff currently has five cases pending in the Southern District of Illinois. They are Case Nos. 13-23, 13-24, 13-25, 13-26 and 12-1261. The undersigned is the lead counsel in four of these cases.

file identical Motions in all of his cases. The undersigned filed a Response to Plaintiff's Motion on April 23, 2013 in Case No. 13-cv-26, [Doc. 30 in Case No. 13-cv-26], as Plaintiff's earlier Motion for a Temporary Restraining Order had been docketed in that case.

4.   Since that time, the undersigned has entered his appearance in this case on behalf of Defendants Hodge and Lingle, and it is now apparent that Plaintiff's Motion was intended to be filed in this case.

5.   Defendants now wish to file their Response to Plaintiff's Motion for Hearing ASAP on Temporary Restraining Order.

6.   The instant motion is made in good faith. Allowing Defendants to re-file this Response will not prejudice the Plaintiff.

WHEREFORE, Defendants request that this Court grant Defendants leave to file their Response to Plaintiff's Motion for Hearing ASAP on Temporary Restraining Order *Instanter*.

Respectfully submitted,

MARC HODGE and BYRON LINGLE,

Defendants,

Adam G. Eisenstein #6305787  
Assistant Attorney General  
500 South Second Street  
Springfield, Illinois  62706  
(217) 782-2077 Phone  
(217) 524-5091 Fax  
E-Mail: aeisenstein@atg.state.il.us  

Of Counsel.

LISA MADIGAN, Attorney General,  
State of Illinois,

Attorney for Defendants.

\s\   Adam G. Eisenstein  
Adam G. Eisenstein  
Assistant Attorney General

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2013, I electronically filed Defendants' Motion for Leave to File Defendants' Response *Instanter* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on May 23, 2013, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Widmer #B-30985
Lawrence Correctional Center
10930 Lawrence Road
Sumner, IL 62466

Respectfully submitted,

By: \s\ Adam G. Eisenstein
Adam G. Eisenstein #6305787
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-2077
Facsimile: (217) 524-5091
aeisenstein@atg.state.il.us