## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL WIDMER,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 13-25-SCW ) |
| **MARCUS HODGE and LINGLE,** | ) ) |
| Defendant(s). | ) ) |

### JUDGMENT IN A CIVIL CASE

Defendants MARCUS HODGE and LINGLE were granted summary judgment on April 24, 2015 by an Order entered by U.S. Magistrate Judge Stephen C. Williams (Doc. 66).

**THEREFORE,** judgment is entered in favor of Defendants **MARCUS HODGE and LINGLE** and against Plaintiff **MICHAEL WIDMER.**

Plaintiff shall take nothing from this action.

**DATED** this 24th day of April 2015

**JUSTINE FLANAGAN, ACTING CLERK**

BY: **s/ Angela Vehlewald**
　　　**Deputy Clerk**

**Approved by**　　*s/ Stephen C. Williams*
　　　**United States Magistrate Judge**
　　　**Stephen C. Williams**